UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | No. 2:13-cv-0576 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. HANNA, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se, filed his civil rights complaint brought under 42 U.S.C. § 1983 on March 22, 2013.  On August 2, 2013, defendants J. Hanna, N. Owens, High Desert State Prison and California Department of Corrections moved to dismiss the complaint, and on August 14, 2013, defendant Gricewich answered the complaint.  On September 6, 2013, plaintiff filed a motion seeking leave to amend his complaint and an extension of time in which to file an amended complaint.

      A party may amend its pleading once as a matter of course within twenty one days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.  Fed. R. Civ. P. 15(a).

      Plaintiff states that on August 16, 2013, he submitted an amended complaint to the law library for copying so that he could file it with the court and serve defendants with copies pursuant to Fed. R. Civ. P. 15(a), but that on August 19, 2013 his request for copies was denied

and his amended complaint returned to him.  ECF No. 26 at 1.  Plaintiff was advised that he could not make the required copies without demonstrating that he had leave of court to file an amended complaint.  Id.  Plaintiff's request for law library access was denied for the same reason.  Id.  Good cause appearing, plaintiff will be granted leave to amend is complaint.  Plaintiff may file an amended complaint within thirty days of the date of this order.

Plaintiff also seeks a court order allowing him increased law library access.  There is no basis for such an order.

In accordance with the above, IT IS ORDERED as follows:

(1) Plaintiff's motion for leave to amend the complaint (ECF No. 26) is granted to the extent that plaintiff is granted leave to file an amended complaint within thirty days of the date of this order.  In all other respects, the motion is denied;

(2) The motion to dismiss filed by defendants Hanna, Owens, California Department of Corrections and Rehabilitation and High Desert State Prison (ECF No. 18) is vacated without prejudice to refiling in response to the amended complaint.

DATED: September 16, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//atch0576.lta