UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | No.  2:13-cv-0576 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. HANNA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff is scheduled to undergo knee replacement surgery within the next few days.  See ECF Nos. 54, 57.  Although a Discovery and Scheduling Order issued in this case on October 23, 2014, ECF No. 46, four defendants have not yet been served process, ECF Nos. 52, 55.  Plaintiff requests an extension of the discovery deadline to permit him adequate time to complete follow-up discovery with the defendants who have been served, while accommodating his surgery and post-surgical recovery.  ECF No. 57.  Plaintiff's request will be granted.  In addition, plaintiff is informed that the court will issue a new an Amended Discovery and Scheduling Order after service of process on the additional defendants.

////

////

////

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1. Plaintiff's request for extension of time, ECF No. 57, is granted;

2. The extended discovery deadline in this action (presently April 13, 2015, <u>see</u> ECF No. 57) is extended to June 12, 2015; and

3. The extended pretrial motion deadline (presently July 8, 2015, <u>see</u> ECF No. 57) is vacated pending further order of this court after service of process on all defendants.

DATED: February 17, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE