UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | No. 2:13-cv-0576 KJM AC P |
| Plaintiff, | |
| v. | ORDER and |
| J. HANNA, et al., | AMENDED SCHEDULING ORDER |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, seeks an order of this court directing the United States Marshal to serve process of the Third Amended Complaint on newly identified defendants G. Garcia and M. Dangler. See ECF No. 92 (authorizing the substitution of these defendants for previously named Doe defendants). Plaintiff must first provide the information necessary to effect service of process. Therefore, good cause appeared, IT IS HEREBY ORDERED that:

    1. Plaintiff's motion requesting service of process, ECF No. 95, is granted in part.

    2. The Clerk of the Court is directed to send plaintiff two USM-285 forms, one summons, an instruction sheet, and one copy of the endorsed Third Amended Complaint filed June 25, 2015, ECF No. 83.

    3. Within thirty days after the filing date of this order (sooner if possible), plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents

to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant; and

    d. Three copies of the endorsed Third Amended Complaint filed June 25, 2015.

    4. Upon receipt of these documents, the court will direct the United States Marshal to serve process on defendants G. Garcia and M. Dangler pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

    5. Due to the addition of these new defendants, and because the remaining defendants only recently filed an answer to the Third Amended Complaint, the discovery deadline in this action is extended to April 29, 2016, and the deadline for filing dispositive motions is extended to July 29, 2016.

DATED: September 15, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| WILBUR ATCHERLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J. HANNA, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-0576 KJM AC P<br><br><br>NOTICE OF SUBMISSION |

　　　　Plaintiff submits the following documents in compliance with the court's order filed _____:

　　　　\_\_\_\_　　　　One completed summons form

　　　　\_\_\_\_　　　　Two completed USM-285 forms

　　　　\_\_\_\_　　　　Three copies of the endorsed Third Amended Complaint.

_____　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

1