1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILBUR ATCHERLEY,                         No.  2:13-cv-0576 KJM AC P

12              Plaintiff,

13        v.                                   ORDER

14   J. HANNA, et al.,

15              Defendants.

16

17         Pending before this court is defendants' request to seal documents relevant to the parties'

18   pending discovery dispute.  See ECF No. 112.  Although defendants served plaintiff with their

19   Notice of Request to Seal Documents, see id. at 3, they did not comply with the requirement of

20   the Local Rules to also serve plaintiff with copies of their Request to Seal Documents and

21   Proposed Order.  See L.R. 141(b)(¶4).  The court's review of these documents indicates that they

22   contain no confidential matter precluding their service on plaintiff.  Therefore, defendants will be

23   required to serve these matters.

24         In addition, defendants will be required to submit to the court, via email, a new PDF copy

25   of the documents they request to be sealed, containing only the designated confidential

26   documents, and excluding the Request to Seal Documents.  Further, as required by the Local

27   Rules, "[t]he documents for which sealing is requested shall be paginated consecutively so that

28   they may be identified without reference to their content, and the total number of submitted pages

1

1    shall be stated in [in this case, added to] the request."  See L.R. 141(b)(¶5).

2            Accordingly, IT IS HEREBY ORDERED that:

3        1.  Within fourteen days after the filing date of this order, defendants shall:

4            a.  Submit via e-mail to the court a new PDF copy of defendants' proposed

5    confidential documents, paginated consecutively, and excluding defendants' Request to Seal

6    Documents, as explained above; and

7                b.  Submit via e-mail to the court, and serve plaintiff with, an Amended Request to

8    Seal Documents (amended to identify the total number of pages for which sealing is requested);

9    defendants shall also serve plaintiff with defendants' Proposed Order.

10       2.  Plaintiff need not respond to defendants' Request to Seal; the court will make its

11   determination based on defendants' request and the content of the documents sought to be sealed.

12           SO ORDERED.

13   DATED: November 18, 2015

14
                                    _____
15                                  ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28