IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **WILBUR ATCHERLEY,**<br><br>                               Plaintiff,<br><br>     v.<br><br>**J. HANNA, et al.,**<br><br>                               Defendants. | 2:13-cv-0576 KJM AC P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' AMENDED REQUEST TO FILE RECORDS UNDER SEAL**<br><br>Judge:           The Honorable Allison Claire<br>Trial Date:    Not Set<br>Action Filed: March 22, 2013 |

   The Court has reviewed Defendants' unopposed Amended Motion (ECF No. 114) to file under seal, for purposes of this court's *in camera* review, the Confidential Supplement to plaintiff's Appeal Log Number HDSP-C-12-00763, dated April 13, 2012, and Confidential Supplement to plaintiff's Appeal Log Number TU-C-12-00009, dated June 15, 2012.

   Good cause appearing, IT IS HEREBY ORDERED that the above-noted documents shall be

////

////

////

////

////

1

1  filed under seal for purposes of this court's *in camera* review, in conjunction with plaintiff's
2  pending motion to compel their production (ECF No. 96).  These documents (paginated
3  "Confidential 001" through "Confidential 012") shall remain sealed pending further order of this
4  court.
5      IT IS SO ORDERED.
6  DATED: January 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

(Proposed) Order Granting Defendants' Amended Request to File Records Under Seal  (2:13-cv-0576 AC P)