UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | No.  2:13-cv-0576 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. HANNA, et al., | |
| Defendants. | |

By order filed April 25, 2016, this court granted plaintiff's request to proceed on his Fourth Amended Complaint for the purpose of adding newly-identified defendant Mr. Hanlon. See ECF No. 126.  Thereafter, defense counsel waived service of process on behalf of Mr. Hanlon and filed an answer to the Fourth Amended Complaint on behalf of all defendants.  See ECF Nos. 127, 128.

The discovery deadline expired in this action on April 29, 2016.  See ECF No. 98. Plaintiff requests additional time to propound discovery on Mr. Hanlon.  See ECF No. 124.  For good cause, both plaintiff and defense counsel will be accorded additional time to conduct discovery concerning only defendant Hanlon.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties may, within thirty days after the filing date of this order, propound discovery limited to the role and conduct of defendant Hanlon in this action.

1

     2. Discovery propounded pursuant to this order shall be responded to within forty-five days after service of the new discovery requests.

     3. Any follow-up discovery or related questions shall be informally resolved by the parties on or before September 2, 2016.

     4. The dispositive motion deadline in this action is extended to December 2, 2016.

SO ORDERED.

DATED: May 16, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE