UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | No. 2:13-cv-0576 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. HANNA, et al., | |
| Defendants. | |

In light of the settlement conference scheduled in this matter for January 13, 2017, see ECF No. 131, the dispositive motion deadline of December 2, 2016, see ECF No. 130, is HEREBY VACATED pending further order of this court.

DATED: October 25, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE