UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**WILBUR ATCHERLEY**,

      Plaintiff,

v.

**J. HANNA, et al.**,

      Defendants.

No. 2:13-cv-0576 KJM AC P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**Wilbur Atcherley, CDCR # P-97813,** a necessary and material witness in a settlement conference in this case on January 13, 2017, is **now confined in California State Prison, Los Angeles County (CSP-LAC),** in the custody of the Warden.[1]  In order to secure this inmate's attendance at the settlement conference, it is necessary that this Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before **U.S. Magistrate Judges Stanley A. Boone & Barbara A. McAuliffe at Kern Valley State Prison (KVSP), 3000 West Cecil Avenue, Delano, California 93215 on Friday, January 13, 2017 at 8:30 a.m.**

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the CSP-LAC Warden to produce the inmate named above to participate in a settlement conference at the time and place noted above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-LAC, P.O. Box 8457, Lancaster, California 93539:**

**WE COMMAND** you to produce the inmate named above to testify before Judges Boone & McAuliffe at the time and place noted above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

**DATED:** December 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1]  The Office of the Attorney General has informed this court that plaintiff was recently transferred from KVSP to CSP-LAC; however, plaintiff has not yet filed a notice of change of address.  **The Clerk of Court is directed to serve this writ on the CSP-LAC Warden,** and to serve copies of the writ on the KVSP Warden and the parties.