UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILBUR ATCHERLEY, | No. 2:13-cv-0576 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. HANNA, et al., | |
| Defendants. | |

A mediation conference in this action on January 13, 2017 did not result in settlement. Therefore, a new date will be set for filing dispositive motions. Discovery has closed. See ECF Nos. 130; 132.

Accordingly, IT IS HEREBY ORDERED that dispositive motions shall be filed and served in this case on or before March 31, 2017.

DATED: January 20, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE